1  Robert B. Jobe (Cal. State Bar #133089)
   LAW OFFICE OF ROBERT B. JOBE
2  550 Kearny St., Ste. 200
   San Francisco, CA 94108
3  Tel:   (415) 956-5513
   Fax:   (415) 840-0308
4  Email: bob@jobelaw.com

5  Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALPREET SINGH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EMILIO T. GONZALEZ, ET AL., ) <br> ) <br> Defendants. ) <br> ) <br> _____) | No.   07-CV-01935-WBS-DAD <br><br> **STIPULATION TO EXTEND DATES; [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1.  Plaintiff filed this action on September 14, 2007, seeking to compel Defendants to adjudicate his application for adjustment of status ("I-485 application").

2.  On or about October 22, 2007, Defendants issued a Notice of Intent to Deny Plaintiff's I-485 application and provided him with 33 days in which to file a response. Plaintiff, through counsel, is currently preparing a written response to the Defendants' Notice.

3.  Accordingly, in order to allow sufficient time for Plaintiff to file his response, and for Defendants to issue their decision, the parties respectfully request that, pursuant to their stipulation, the Court extend the dates in the Court's scheduling order as follows:

   Last day to file Joint Status Report:   December 3, 2008

   Status Conference:                      December 17, 2008, at 2:00 p.m.

| | | |
|---|---|---|
| 1 | DATED: November 5, 2007 | Respectfully submitted, |
| 2 | | |
| | | /s/ Robert B. Jobe |
| 3 | | _____ |
| | | ROBERT B. JOBE |
| 4 | | Law Office of Robert B. Jobe |
| | | Attorney for Plaintiff |
| 5 | | |
| 6 | DATED: November 5, 2007 | MCGREGOR W. SCOTT |
| | | United States Attorney |
| 7 | | |
| | | /s/ Ada E. Bosque |
| 8 | | _____ |
| | | ADA E. BOSQUE |
| 9 | | Assistant United States Attorney |
| | | Attorneys for Defendants |
| 10 | | |

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the case scheduling dates are extended as follows:

    Last day to file Joint Status Report:   December 3, 2008

    Status Conference:   December 17, 2008, at 2:00 p.m.

    IT IS SO ORDERED.

DATED: November 6, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation to Extend Dates; [Proposed] Order
No.    07-CV-01935-WBS-DAD    2