McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BALPREET SINGH,<br><br>    Plaintiffs,<br><br>    v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. CV 07-1935 WBS DAD<br><br>JOINT STIPULATION RE: POSTPONEMENT OF HEARING ON MOTION TO DISMISS AND [~~PROPOSED~~] ORDER |

 This is an immigration case in which plaintiffs have challenged the delay in the adjudication of his application to adjust status by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that they are endeavoring to reach a resolution to the matter at the administrative level. Accordingly, the parties stipulate to a postponement of the hearing on the government's Motion to Dismiss, currently on calendar for February 19, 2008. The parties request that the hearing be postponed for a 60-day period, until April 22, 2008, or any date thereafter as the Court's schedule permits.

Dated: February 11, 2008

                                        McGREGOR W. SCOTT
                                        United States Attorney



                            By:    /s/Audrey Hemesath
                                        Audrey B. Hemesath
                                        Assistant U.S. Attorney
                                        Attorneys for the Defendants

-1-

By:     /s/ Robert B. Jobe
Robert B. Jobe
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the hearing on the government's Motion to Dismiss, currently set for February 19, 2008, is reset to **April 28, 2008 at 2:00 p.m.**

IT IS SO ORDERED.

DATED:  February 13, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE