| | |
|---|---|
| 1 | Robert B. Jobe (Cal. State Bar #133089) |
| | LAW OFFICE OF ROBERT B. JOBE |
| 2 | 550 Kearny St., Ste. 200 |
| | San Francisco, CA 94108 |
| 3 | Tel:   (415) 956-5513 |
| | Fax:  (415) 840-0308 |
| 4 | Email: bob@jobelaw.com |

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

BALPREET SINGH,                         )   No.   07-CV-01935-WBS-DAD
                                        )
    Plaintiff,                          )
                                        )
    v.                                  )
                                        )
EMILIO T. GONZALEZ, ET AL.,             )   **SECOND STIPULATION TO EXTEND**
                                        )   **DATES; [**~~PROPOSED~~**] ORDER**
    Defendants.                         )
                                        )
_____ )

      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

      1.    Plaintiff filed this action on September 14, 2007, seeking to compel Defendants to adjudicate his application for adjustment of status ("I-485 application").

      2.    On or about October 22, 2007, Defendants issued a Notice of Intent to Deny Plaintiff's I-485 application and provided him with 33 days in which to file a response. Plaintiff, through counsel, prepared and submitted a response on November 21, 2007. On or about January 17, 2008, Defendants issued a Request for Evidence to continue adjudicating Plaintiff's I-485 application and provided him until April 10, 2008 in which to file a response. Plaintiff is currently preparing a written response to the Defendants' Request.

      3.    Accordingly, in order to allow sufficient time for Plaintiff to file his response, and for Defendants to issue their decision, the parties respectfully request that, pursuant to their stipulation, the Court extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Joint Status Report: | May 5, 2008 |
| Status Conference: | May 19, 2008, at 2:00 p.m. |

DATED:   February 26, 2008              Respectfully submitted,

                                                                       s/ Robert B. Jobe
                                                                       ROBERT B. JOBE
                                                                       Law Office of Robert B. Jobe
                                                                       Attorney for Plaintiff

DATED:   February 25, 2008              MCGREGOR W. SCOTT
                                                                       United States Attorney

                                                                       s/ Audrey B. Hemesath
                                                                       AUDREY B. HEMESATH
                                                                       Assistant United States Attorney
                                                                       Attorneys for Defendants

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that the case scheduling dates are extended as follows:

Last day to file Joint Status Report:   May 5, 2008
Status Conference:   May 19, 2008, at 2:00 p.m.

IT IS SO ORDERED.

DATED:   February 25, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Second Stipulation to Extend Dates; [Proposed] Order
No.   07-CV-01935-WBS-DAD              2