| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | AUDREY B. HEMESATH |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2729 |

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BALPREET SINGH, | ) | No. CV S 07-1935 WBS DAD |
| | ) | |
| Plaintiffs, | ) | SECOND JOINT STIPULATION RE: |
| | ) | POSTPONEMENT OF HEARING ON |
| v. | ) | MOTION TO DISMISS AND |
| | ) | [~~PROPOSED~~] ORDER |
| Michael Chertoff, Secretary of Homeland | ) | |
| Security, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This is an immigration case in which plaintiffs have challenged the delay in the adjudication of his application to adjust status by U.S. Citizenship and Immigration Services (CIS). The parties have previously stipulated to one postponement of the scheduled hearing on the government's Motion to Dismiss. On April 16, 2008, CIS took additional administrative action that will require a response by plaintiff by May 16, 2008. Accordingly, the parties stipulate to a second postponement of the hearing on the government's Motion to Dismiss, currently on calendar for April 28, 2008. The parties request that the hearing be postponed for a 60-day period, until June 30, 2008, or any date thereafter as the Court's schedule permits. The parties as well request that all other filing dates be similarly postponed.

Dated: April 16, 2008

McGREGOR W. SCOTT
United States Attorney


By:   /s/Audrey Hemesath
      Audrey B. Hemesath

-1-

                                        Assistant U.S. Attorney
                                        Attorneys for the Defendants

By:    /s/ Robert B. Jobe
        Robert B. Jobe
        Attorney for the Plaintiff

## ORDER DENYING REQUEST TO CONTINUE HEARING

The parties' request to continue the hearing on the government's Motion to Dismiss, currently set for April 28, 2008, is hereby **DENIED**. The motion will be heard at **2:00 p.m. on April 28, 2008** as previously scheduled.

IT IS SO ORDERED.

DATED: April 16, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE