Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny St., Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALPREET SINGH,<br><br>　　Plaintiff,<br><br>　　v.<br><br>EMILIO T. GONZALEZ, ET AL.,<br><br>　　Defendants. | No.   07-CV-01935-WBS-DAD<br><br>**ORDER** |

　　Pursuant to stipulation, IT IS HEREBY ORDERED that this action be dismissed

IT IS SO ORDERED.


DATED:  May 15, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed] Order
No.      07-CV-01935-WBS-DAD